Lars T. Fuller (N0. 141270)
THE FULLER LAW FIRM, P.C.
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852

Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  Chapter 11
 Case No.: 10-54869-ASW
    ALAN E. HART,
    BARBARA J. HART

**AMENDMENT TO SCHEDULES**

Debtor(s)_____/

Come now, debtors herein, ALAN E. HART and BARBARA J. HART, and amends their Chapter 11 petition schedules as follows.

Date: June 29, 2010  THE FULLER LAW FIRM, P.C.

    /s/ Lars T. Fuller_____
    Attorney for Debtor

I, the undersigned debtor, declare under penalty of perjury under the laws of the United States that the foregoing amendments to schedules are true and correct.

Dated: June 29, 2010  __/s/ Alan E. Hart_____
    Debtor, ALAN E. HART


    ____/s/ Barbara J. Hart_____
    Joint Debtor, BARBARA J. HART

Rev. 2/05

B6A (Official Form 6A) (12/07)

In re   Alan E. Hart & Barbara J. Hart            Case No.  10-54869-ASW
        Debtor                                              **(If known)**

AMENDED

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary residence<br><br>5875 Capilano Drive<br>San Jose, CA 95138 | Fee Simple | J | 980,000.00 | 1,132,218.00 |
| Arnold property<br><br>446 Kuehn Avenue<br>Arnold, CA 95223 | JTWROS | J | 217,000.00 | 326,083.00 |
| | | Total ▶ | 1,197,000.00 | |

(Report also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

*Amended*

In re __Alan E. Hart & Barbara J. Hart__,    Case No. 10-54869-ASW
                  Debtor                                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0693630410<br>California Reconveyance Company<br>9200 Oakdale Avenue<br>MS #CA2-4379<br>Chatsworth, CA 91311 | | J | Incurred: 2-2010<br>Lien: Deed of Trust<br>Security: Arnold property<br>Trustee for Chase/Washington Mutual<br>TS #441060CA; TS scheduled 5/25/2010<br>VALUE $ 217,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0617533971<br>Chase Mortgage<br>2005 Cabot Blvd.<br>Langorne, PA 19047 | | J | Incurred: 2006 (last time line increased)<br>Lien: Deed of Trust<br>Security: Primary Residence<br>Chase voluntarily recorded a release on April 22, 2010<br>VALUE $ 980,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 0003830858<br>EMC Mortgage Corporation<br>PO Box 293150<br>Lewisville, TX 75029-3150 | | J | Incurred: 5-2007<br>Lien: Deed of Trust<br>Security: Primary residence<br>VALUE $ 980,000.00 | | | | 1,007,705.00 | 27,705.00 |

__2__ continuation sheets attached

Subtotal ▶ (Total of this page)     $ 1,007,705.00     $ 27,705.00

Total ▶ (Use only on last page)     $     $

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31614 - Adobe PDF



In re ___Alan E. Hart & Barbara J. Hart_____, Case No. ___10-54869-ASW_____
                             Debtor                                                       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0693630410<br>JP Morgan Chase Bank, N.A.<br>7031 Baymeadows Way<br>Jacksonville, FL 32256 | | J | Incurred: 8-2005<br>Lien: Deed of Trust<br>Security: Arnold property<br>Former Washington Mutual account<br><br>VALUE $ 217,000.00 | | | | 326,083.00 | 109,083.00 |
| ACCOUNT NO. 0003830858<br>National Default Servicing Corporation<br>7720 North 16th St., Suite 300<br>Phoenix, AZ 85020 | | J | Incurred: 1-17-2010<br>Lien: Deed of Trust<br>Security: Primary residence<br>Trustee for EMC Mortgage Corp.<br>TS #09-35344-FF-CA; TS scheduled 5/11/2010<br><br>VALUE $ 980,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 13500107309<br>PB Sunset Beach<br>c/o Concord Servicing Corp.<br>PO Box 29352<br>Phoenix, AZ 85038-9352 | | J | Incurred: 9-2007<br>Lien: PMSI<br>Security: Pueblo Bonito Sunset Beach time share<br><br>VALUE $ 3,500.00 | | | | 1,492.00 | 0.00 |
| ACCOUNT NO. 41708959<br>USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | | J | Incurred: 9-05<br>Lien: PMSI<br>Security: 2005 Acura MDX (99K miles)<br><br>VALUE $ 17,600.00 | | | | 7,291.00 | 0.00 |
| ACCOUNT NO. 84932862<br>USAA Federal Savings Bank<br>10750 McDermott Fwy.<br>San Antonio, TX 78288-0578 | | J | Incurred: 6-2007<br>Lien: Deed of Trust<br>Security: Primary residence<br><br>VALUE $ 980,000.00 | | | | 124,513.00 | 124,513.00<br>This amount based upon existence of Superior Liens |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page)    $ 459,379.00    $ 233,596.00

Total(s) (Use only on last page)    $ 1,467,084.00    $ 261,301.00

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)



In re    Alan E. Hart & Barbara J. Hart    ,    Case No.    10-54869-ASW
         Debtor                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case: 10-54869    Doc# 21    Filed: 07/02/10    Entered: 07/02/10 10:21:03    Page 5 of 16

**B6E (Official Form 6E) (04/10) - Cont.**



In re  Alan E. Hart & Barbara J. Hart_____ ,   Case No. 10-54869-ASW_____
         Debtor                                                      (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

**B6E (Official Form 6E) (04/10) - Cont**.



In re  Alan E. Hart & Barbara J. Hart           ,     Case No.  10-54869-ASW
          **Debtor**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ***-**-2614<br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0011 | | J | Incurred: 2009<br>Consideration: Income tax | | | | 2,668.00 | 2,668.00 | 0.00 |
| ACCOUNT NO. ***-**-2614<br>IRS - Central Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114 | | J | Incurred: 2009<br>Consideration: Income tax consists mostly of penalties | | | | 10,534.00 | 0.00 | 10,534.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 13,202.00   $   $

Total  $ 13,202.00
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals  $     $ 2,668.00   $ 10,534.00
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07)**

AMENDED

In re __Alan E. Hart & Barbara J. Hart__, Case No. __10-54869-ASW__
                 Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. *****7-81009<br>American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | | H | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 20,596.00 |
| ACCOUNT NO. 5396 8000 1046 3564<br>AT&T Universal Card<br>PO Box 6500<br>The Lakes, NV 88901-6500 | | J | Incurred: 2005-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 19,409.00 |
| ACCOUNT NO. 4264 2811 4705 1949<br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | J | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Amway Global account | | | | 13,818.00 |
| ACCOUNT NO. 4888 9362 4411 9776<br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | H | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 16,383.00 |

__4__ continuation sheets attached                                        Subtotal ▶   $   70,206.00

                                                                                       Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**



In re  Alan E. Hart & Barbara J. Hart         ,          Case No.  10-54869-ASW
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5490 9920 4480 2548<br>Bank of America<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | J | Incurred: 2005-2009<br>Consideration: Credit Card Debt (Unsecured)<br>WorldPoints account | | | | 22,917.00 |
| ACCOUNT NO. HB2010<br>California Aesthetic Surgery PMC<br>555 Knowles Drive, Suite 210<br>Los Gatos, CA 95032 | | W | Incurred: 4/11/2010<br>Consideration: Medical Services | | | | 1,277.66 |
| ACCOUNT NO. 5369 9468 2017 8562<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | | W | Incurred: 2005-2009<br>Consideration: Credit Card Debt (Unsecured) | | | | 12,633.00 |
| ACCOUNT NO. 5418 2265 7971 6859<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | | H | Incurred: 2005-2009<br>Consideration: Credit Card Debt (Unsecured) | | | | 7,567.00 |
| ACCOUNT NO. 5418 2265 7071 6767<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | | W | Incurred: 2005-2009<br>Consideration: Credit Card Debt (Unsecured) | | | | 7,371.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 51,765.66

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.



In re  Alan E. Hart & Barbara J. Hart    ,    Case No.  10-54869-ASW
          Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4417 1222 6544 0496<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | | J | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 22,581.00 |
| ACCOUNT NO. 5369 9300 8213 4182<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | | W | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 9,299.00 |
| ACCOUNT NO. 5149 2297 5003 5707<br>Chase Cardmember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | | J | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured)<br>Slate account | | | | 4,239.00 |
| ACCOUNT NO. 00419400533971<br>Chase Home Finance LLC<br>3415 Vision Drive<br>Columbus, OH 43219 | | J | Incurred: 2008-2009<br>Consideration: Paid-off HELOC<br>Was a secured debt that was released in full 4/22/2010 | | | | 245,000.00 |
| ACCOUNT NO. 7061 5910 7012 8235<br>Chevron<br>PO Box 530950<br>Atlanta, GA 30353-0950 | | W | Incurred: 2006-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 572.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 281,691.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)



In re **Alan E. Hart & Barbara J. Hart**, Debtor

Case No. **10-54869-ASW** (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 21-11769<br>Constructora de Los Arcos del Cabo S.A. de C.V.<br>PO Box 51469<br>Los Angeles, CA 90051-5769 | | J | Incurred: 2009-2010<br>Consideration: Time share maintenance fees<br>Villa del Palmar time share | | | | 1,894.00 |
| ACCOUNT NO. 5490 9996 8427 6693<br>FIA Card Services<br>PO Box 301200<br>Los Angeles, CA 90030-1200 | | W | Incurred: 2005-2009<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 13,650.00 |
| ACCOUNT NO. HA0046<br>Kiran Rapal, D.D.S. Inc.<br>12967 Saratoga Ave.<br>Saratoga, CA 95070 | | W | Incurred: 2009<br>Consideration: Dental services | | | | 3,046.55 |
| ACCOUNT NO. 4308 5170 3849 0235<br>Macy's<br>P.O. Box 689194<br>Des Moines, IA 50368-9194 | | W | Incurred: 2005-2010<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 1,439.00 |
| ACCOUNT NO. 0613006950/ORN 155129<br>Old Republic Title Company (A)<br>475 Sansome St., Suite 1700<br>San Francisco, CA 94111 | | J | Incurred: March 2010<br>Consideration: Released lien<br>Title insurer for Washington Mutual Bank F.A. | | | | Notice Only |

Sheet no. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 20,029.55

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.



In re  Alan E. Hart & Barbara J. Hart        ,     Case No. 10-54869-ASW
             Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0613006950/ORN 155129 <br> Old Republic Title Company (A) <br> 700 Second Avenue South <br> Minneapolis, MN 55401 | | J | Incurred: March 2010 <br> Consideration: Released lien <br> Title insurer for Washington Mutual <br> Home office | | | | Notice Only |
| ACCOUNT NO. 13510107309 <br> Pueblo Bonito Sunset Beach <br> PO Box 29352 <br> Phoenix, AZ 85038-9352 | | J | Incurred: 2009-2010 <br> Consideration: Time share maintenance fees | | | | 518.27 |
| ACCOUNT NO. 05861006548 <br> Pueblo Bonito-Los Cabos <br> Concord Servicing Corp. <br> PO Box 29352 <br> Phoenix, AZ 85038-9352 | | J | Incurred: 2009-2010 <br> Consideration: Time share maintenance fees | | | | 1,552.00 |
| ACCOUNT NO. 5121 0718 8653 8457 <br> Sears Credit Cards <br> PO Box 688957 <br> Des Moines, IA 50368-8957 | | H | Incurred: 2005-2010 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 4,856.00 |
| ACCOUNT NO. 5491 **** **** 7107 <br> USAA Federal Savings Bank <br> 10750 McDermott Freeway <br> San Antonio, TX 78288-9876 | | W | Consideration: Credit Card Debt <br> (Unsecured) | | | | 15,989.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 22,915.27

Total ▶ $ 446,607.48

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6I (Official Form 6I) (12/07)



In re  Alan E. Hart & Barbara J. Hart                                    Case  10-54869-ASW
         Debtor                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Store clerk | Loan officer |
| Name of Employer | Trader Joe's | Santa Clara Partners Mortgage |
| How long employed | 3 years | 2.5 years |
| Address of Employer | 800 South Shamrock Ave. | 1479 Saratoga Ave. |
| | Monrovia, CA 91016-6346 | San Jose, CA 95129 |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 1,940.38 | $ 324.59 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 1,940.38 | $ 324.59 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 135.80 | $ 14.63 |
| b. Insurance | $ 164.99 | $ 135.04 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: (D)CA SDI (S)CA SDI $2.10; 401(k) $32.46 ) | $ 19.52 | $ 34.56 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 320.31 | $ 184.23 |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,620.07 | $ 140.36 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income  (S)Round tuit | $ 0.00 | $ 125.00 |
| (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 125.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,620.07 | $ 265.36 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 1,885.43 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    W works on commission basis.; Scheduled
    amt reps YTD avg; May 2010 ~$4,700

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31614 - Adobe PDF

Case: 10-54869   Doc# 21   Filed: 07/02/10   Entered: 07/02/10 10:21:03   Page 13 of 16

**B6J (Official Form 6J) (12/07)**

In re   Alan E. Hart & Barbara J. Hart                                   Case No.  10-54869-ASW
           Debtor                                                                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,004.00 |
|     a. Are real estate taxes included? Yes _____ No ✓ | | |
|     b. Is property insurance included? Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 350.00 |
|     b. Water and sewer | | $ 50.00 |
|     c. Telephone | | $ 300.00 |
|     d. Other  Internet & Cable | | $ 85.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 100.00 |
|     b. Life | | $ 0.00 |
|     c. Health | | $ 0.00 |
|     d. Auto | | $ 168.00 |
|     e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) Property | | $ 1,243.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ 422.00 |
|     b. Other | | $ 0.00 |
|     c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  PITI on Arnold property | | $ 1,421.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 8,043.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   None

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $265.36. See Schedule I)   $ 1,885.43
   b. Average monthly expenses from Line 18 above                                                              $ 8,043.00
   c. Monthly net income (a. minus b.)         (Net includes Debtor/Spouse combined Amounts)                   $ -6,157.57

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  31614 - Adobe PDF

*AMENDED* (stamp)

## UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Alan E. Hart & Barbara J. Hart ,
           Debtor

Case No.  10-54869-ASW

Chapter  11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true, correct and complete to the best of my knowledge.

Date  7/2/2010        Signature of Debtor        /s/ Alan E. Hart
                                                 ALAN E. HART

Date  7/2/2010        Signature of Joint Debtor  /s/ Barbara J. Hart
                                                 BARBARA J. HART

Sam Taherian
The Fuller Law Firm
The Fuller Law Firm
60 N. Keeble Ave.
San Jose, CA 95126
(408) 295-5595

Old Republic Title Company
475 Sansome St., Suite 1700
San Francisco, CA 94111


Old Republic Title Company
700 Second Avenue South
Minneapolis, MN 55401